UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| FEDERICO SALINAS-RODRIGUEZ, *et al.* )<br>)<br>PLAINTIFFS, )<br>)<br>v. )<br>)<br>ALPHA SERVICES, L.L.C., *et al.* )<br>)<br>DEFENDANTS. )<br>)<br>) | Case No. 3:05 CV 440 WHB-AGN |

**ORDER**

The Court hereby authorizes the notice and consent to sue form attached hereto to be distributed to all non-supervisory workers admitted as H-2B temporary foreign workers pursuant to 8 U.S.C. §1101(a)(15)(H)(ii)(b) who were employed by the Defendants between December 27, 2002 and the present. The Defendants shall produce to Plaintiffs' counsel, in a computer readable format compatible with Plaintiffs' counsel's computers (if such format is available), the names, addresses and telephone numbers of all potential opt-in Plaintiffs by January 13, 2006. Potential opt-in plaintiffs shall have until July 13, 2006, to file their written consents to become Plaintiffs in this action. This Order hereby by amends the Opinion and Order of the Court, filed on December 27, 2005.

ENTERED this 10th day of January, 2006.


s/ William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE